UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Dec 21, 2022
DEBORAH S. HUNT, Clerk

No. 21-6244

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

OSCAR JOSHUA CALHOUN,

    Defendant-Appellant.

Before: GUY, SUHRHEINRICH, and STRANCH, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court for the Eastern District of Kentucky at Pikeville.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk