# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-6244

_____

Filed: January 12, 2023

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

OSCAR JOSHUA CALHOUN

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 12/21/2022 the mandate for this case hereby issues today.

COSTS: None